■ BUYER'S FIRST CHOICE, INC., Doing Business as 2.5% REAL ESTATE DIRECT, Appellant, v JOANNE SIMME, Also Known as JOANNE SIMME-GOOD, Doing Business as GOOD CHOICE, Respondent. (Appeal No. 2.) [965 NYS2d 898]—Appeal from an order of the Erie County Court (Thomas P. Franczyk, J.), entered January 23, 2012. The order denied the motion of plaintiff to dismiss defendant's amended answer and second amended answer.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Buyer's First Choice, Inc. v Simme* (107 AD3d 1384 [2013]). Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.